UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   10-cr-00303-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  REGINALD COTTON, a/k/a "Rock,"

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 2, 2010,** and responses to these motions shall be filed by **Friday, August 13, 2010.**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, August 30, 2010, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly advise the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated this 19th day of July, 2010.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge