UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00303-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  REGINALD COTTON, a/k/a "Rock,"

    Defendant.

## ORDER

    The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised, it is hereby

    ORDERED that Government's Motion Regarding Acceptance of Responsibility (doc. #29), filed February 24, 2011, is **GRANTED.**  It is further

    ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

    Dated this 4th day of March, 2011.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE