UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00303-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  REGINALD COTTON, a/k/a "Rock,"

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's letter filed March 24, 2011, which the Court construes as a motion to modify the sentence imposed by Judgment of March 10, 2011.  I find for the reasons stated below that Defendant's motion should be denied.

"'A district court does not have inherent authority to modify a previously imposed sentence; it may do so only pursuant to statutory authorization.'"  *United States v. Larsen,* Nos. 09-4205, 09-4209, 2010 WL 2180563, at *2 (10th Cir. June 2, 2010) (quoting *United States v. Mendoza*, 118 F.3d 707, 709 (10th Cir.1997)).  "Under [18 U.S.C.] § 3582, a district court may only modify a sentence in three specific circumstances:  (1) the court receives a motion from the Bureau of Prisons finding that special circumstances warrant a reduction and the requested reduction is consistent with the applicable policy statements issued by the Sentencing Commission; (2) to the extent expressly permitted by statute or by Fed. R. Crim. P. 35; or (3) a defendant has

been sentenced based upon a sentencing range later lowered by the Sentencing Commission. *United States v. Smartt*, 129 F.3d 539, 540 (10th Cir.1997). Defendant has not shown that any of the above grounds are present. Accordingly, this Court has no jurisdiction to modify Defendant's federal sentence.

Accordingly, it is

ORDERED that Defendant's motion in the form of a letter filed March 23, 2011, is **DENIED**.

Dated: June 3, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge